United States District Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Daniel Subias Perez, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-2523 |
| | § | |
| Pam Bondi, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER DISMISSING PETITION

Before the Court are Petitioner's Motion to Dismiss as Moot, Doc. 5, and Respondents' Notice of Voluntary Departure indicating that Petitioner Daniel Subias Perez departed from the United States after being granted voluntary departure, Doc. 8. The Motion to Dismiss as Moot is GRANTED.

Petitioner's voluntary departure renders the sole challenge in his Petition—his detention—non-justiciable. *See* Doc. 1. The Petition is therefore DISMISSED AS MOOT.

The action shall be restored to the docket upon Petitioner's request and his demonstration that any aspect of the Petition has not been rendered moot by his voluntary departure.

This is a FINAL JUDGMENT.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 16th of June, 2026.

_____
Nicholas J. Ganjei
United States District Judge